**Order entered May 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00375-CV

**THE CITY OF IRVING, TEXAS, Appellant**

**V.**

**LAS COLINAS GROUP, LP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-8748**

## ORDER

The Court has before it appellee's May 14, 2013 unopposed motion to extend time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by May 24, 2013.

/s/ ELIZABETH LANG-MIERS
   JUSTICE